App. Div.]                    First Department, April, 1922.

EDGAR KLEINHANS v. CANADIAN PACIFIC RAILWAY COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HYMAN LEVY v. FRANK A. GOLDSTEIN and Another.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of WESLEY A. TYSON, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CENTURY HOLDING COMPANY v. PATHE EXCHANGE, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of MARY G. PINKNEY, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of MARY G. PINKNEY, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ISAAC LEWIS and Another v. WILLIAM M. BARRETT, as President, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

TOMMASO GIORDANO v. MIKE LOPERFIDE.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HELEN POTTER McGOVERN v. WILLIAM N. McGOVERN.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MUSKEGON STEAMSHIP CORPORATION v. PLINY FISK and Others.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

AKTIESELSKABET OVERSOISK TOBAKS IMPORT, Otherwise Known, etc., v. E. LUCA MANOUSSO and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROGERS PEET COMPANY v. SIDNEY HILLMAN, as President, etc., and Others, Impleaded with MARTIN SIGEL and Another, Appellants.— Motion granted. Present —Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROGERS PEET COMPANY v. SIDNEY HILLMAN, as President, etc., and Others, Impleaded with ABRAHAM I. SHIPLACOFF and Another, Appellants.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN KATZMAN v. ELISABETH S. HARVIE.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NATHAN MORGENROTH, as Executor, etc., v. HARRIS EMERT.— Motion for stay granted on appellant giving a bond for $500 and stipulating to bring the appeal on for argument at the June term. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES J. SMITH v. BROOKLYN ALCATRAZ ASPHALT COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FLECK AND HILLMAN v. WABASH RAILWAY COMPANY.— The motion for leave to appeal was required, under section 589 of the Civil Practice Act, to be made " at the term which rendered the determination, or at the next term after judgment is entered thereupon." (*Terwilliger* v. *Browning, King & Co.*, 207 N. Y. 479.) The determination was made on the 17th day of March, 1922, the judgment was entered and served with notice of entry thereof on March 27, 1922. The next